

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINNIE HENDRICKSON,

        Plaintiff,

-against-

MAIMONIDES MEDICAL CENTER, et al.,

        Defendants.

21-CV-7808 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    WHEREAS, plaintiff, proceeding *pro se* and *in forma pauperis*, filed her Complaint on September 17, 2021 (Dkt. No. 2), alleging employment discrimination by Maimonides Medical Center (Maimonides) and various individual Maimonides employees; and

    WHEREAS, this action was referred to the undersigned Magistrate Judge on September 27, 2021 for general pretrial management pursuant to 28 U.S.C. § 636(b) (Dkt. No. 5); and

    WHEREAS, all defendants except for Steven Tyler and Tamar Motov (sometimes rendered "Tamer Mobu") have appeared and answered the Complaint (Dkt. No. 15); and

    WHEREAS, defendants Tyler and Motov have not yet been served, despite attempts to do so (Dkt. Nos. 19, 22); and

    WHEREAS, the plaintiff and all of the answering defendants reside in the Eastern District of New York; and

    WHEREAS, the conduct giving rise to plaintiff's claims took place at Maimonides, in the Eastern District of New York; and

    WHEREAS, after discussion of the facts set forth above, the parties stipulated, during a telephonic initial case management conference before the undersigned magistrate judge on February 1, 2022, that this action be transferred to the Eastern District of New York; and

WHEREAS, a transfer of venue is "non-dispositive" and may be ordered by a United States Magistrate Judge, *see Salzman v. Travelers Home & Marine Ins. Co.,* 2016 WL 3951206, at *1 (S.D.N.Y. July 20, 2016) (collecting cases);

NOW, THEREFORE, IT IS HEREBY ORDERED THAT this action shall be and it hereby is TRANSFERRED to the Eastern District of New York pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

The Clerk of Court is respectfully directed to effect the transfer immediately, without waiting the seven-day period set forth in Local Civil Rule 83.1; to mail a copy of this order to the *pro se* plaintiff; and to close this case.

Dated: New York, New York   SO ORDERED.
       February 1, 2022

_____
**BARBARA MOSES**
**United States Magistrate Judge**